# United States District Court
## For The Western District of North Carolina
## Statesville Division

Mark A. Riddle,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                     5:08-cv-130-RLV

Michael J. Astrue,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2009 Order.

                                FRANK G. JOHNS, CLERK

May 11, 2009

                                BY:  s/Gwendolyn Brinley
                                      Gwendolyn Brinley, Deputy Clerk