# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| MARK A. RIDDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-CV-130 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

**THIS MATTER** is before the Court on *Plaintiff's Motion For Attorney's Fees Pursuant to 28 U.S.C. § 2412(d)* filed on June 9, 2009. (Document # 15). By Response filed on June 11, 2009, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of one thousand, seven hundred, ninety-eight dollars and eighteen cents ($1,798.18), as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. section 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's *Motion For Attorney's Fees Pursuant to 28 U.S.C. § 2412(d)* (Document # 15) is **GRANTED**, and Plaintiff's counsel shall be paid the sum of one thousand, seven hundred, ninety-eight dollars and eighteen cents ($1,798.18) for attorney's fees.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this *Order* to counsel for the parties.

**SO ORDERED.**

Signed: June 15, 2009

David S. Cayer
United States Magistrate Judge